UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SOFTWARE KING, an unknown business entity; BIZIGNITION TECHNOLOGIES, INC., a Canadian corporation; ROGER HARDY, an individual; WINSTON CABELL, an individual; and NICHOLAS BOZIKIS, an individual,<br><br>Defendants. | Case No. 2:16-cv-01899-RSM<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

## **STIPULATION**

Defendants BizIgnition Technologies, Inc. and Roger Hardy (collectively, the "BizIgnition Defendants") and plaintiff Microsoft Corporation hereby respectfully request a 30-day extension of the deadline by which the BizIgnition Defendants must respond to plaintiff's Complaint. The BizIgnition Defendants properly agreed to waive service after being sent waiver requests on February 3, 2017. *See* Dkt. Nos. 8, 9. Accordingly, pursuant to Rule 12(a)(1), the BizIgnition Defendants currently have until April 4, 2017 to respond to the Complaint. The parties stipulate to and request an extension of this deadline to May 4, 2017.

STIPULATION AND ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT - 1
Case No. 2:16-cv-01899-RSM

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1    Good cause exists for the parties' requested extension.  The BizIgnition Defendants'
2 counsel needs time to communicate with his clients to better understand the underlying facts in
3 order to formulate an appropriate response to the Complaint.

4    Counsel for the parties have met and conferred in good faith, there is good cause for the
5 requested extension, and the parties' stipulation will not delay this proceeding or cause
6 prejudice.

7    Accordingly, subject to the Court's approval, the parties agree as follows:  Defendants
8 BizIgnition Technologies, Inc. and Roger Hardy will file/serve a response to the Complaint no
9 later than May 4, 2017.

10    Respectfully submitted this 3rd day of April, 2017.

11 DAVIS WRIGHT TREMAINE LLP                DLA PIPER LLP (US)

13 */s/ James Harlan Corning*                          */s/ Anthony Todaro*
Bonnie E. MacNaughton, WSBA No. 36110     Anthony Todaro, WSBA No. 30391
14 Jaime Drozd Allen, WSBA No. 35742         701 Fifth Avenue, Suite 7000
James Harlan Corning, WSBA No. 45177       Seattle, Washington  98104-7044
15 1201 Third Avenue, Suite 2200              Tel:    206.839.4800
Seattle, Washington  98101-3045             Fax:    206.839.4801
16 Tel:    206.757.8187                       E-mail:  anthony.todaro@dlapiper.com
Fax:    206.757.7187
17 E-mail: bonniemacnaughoton@dwt.com
        jaimedrozdallen@dwt.com            *Attorneys for Defendants BizIgnition*
18       jamescorning@dwt.com               *Technologies, Inc. and Roger Hardy*

19
*Attorneys for Plaintiff Microsoft Corporation*
20

22                                    **ORDER**

    It is so ORDERED this 7th day of April 2017.
23

24

25    RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE
26