UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SOFTWARE KING, an unknown business entity; BIZIGNITION TECHNOLOGIES, INC., a Canadian corporation; ROGER HARDY, an individual; WINSTON CABELL, an individual; and NICHOLAS BOZIKIS, an individual,<br><br>Defendants. | NO. 2:16-cv-01899-RSM<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT |

### I. STIPULATION

By and through their undersigned counsel, defendant Winston Cabell and plaintiff Microsoft Corporation hereby stipulate to an extension to respond to plaintiff's Complaint until June 30, 2017.

DATED this 20th day of June, 2017.

STIPULATION AND ORDER TO EXTEND
DEADLINE TO ANSWER COMPLAINT - 1
(NO. 2:16-CV-01899-RSM)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

BRESKIN JOHNSON & TOWNSEND, PLLC

By: *s/ Roger M. Townsend*
    Roger M. Townsend, WSBA #25525
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    (206) 652-8660 Telephone
    rtownsend@bjtlegal.com
    *Attorneys for Defendant Winston Cabell*

DAVIS WRIGHT TREMAINE LLP

By: *s/ Bonnie E. MacNaughton*
    Bonnie E. MacNaughton, WSBA #36110
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    BonnieMacNaughton@dwt.com
    *Attorneys for Plaintiff Microsoft Corporation*

## II. ORDER

It is so ORDERED.

Dated this 26 day of June 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND
DEADLINE TO ANSWER COMPLAINT - 2
(NO. 2:16-CV-01899-RSM)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660