Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SOFTWARE KING, an unknown business entity, BIZIGNITION TECHNOLOGIES, INC., a Canadian corporation, ROGER HARDY, an individual, WINSTON CABELL, an individual, and NICHOLAS BOZIKIS, an individual,<br><br>Defendants. | No. 2:16-cv-01899-RSM<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Pursuant to LCR 83.2(b), Defendants BizIgnition Technologies, Inc., Roger Hardy, Nicholas Bozikis, (collectively, the "BizIgnition Defendants") request that Anthony Todaro of the firm DLA Piper LLP (US), be allowed to withdraw as counsel of record for the BizIgnition Defendants in the above-captioned case, that they be removed from the electronic service list in this case, and that John D. Denkenberger, James W. Anable, and Brian F. McMahon of the firm Christensen O'Connor Johnson Kindness PLLC be substituted as lead counsel for BizIgnition Defendants. Mr. Denkenberger, Mr. Anable, and Mr. McMahon have entered appearances for BizIgnition Defendants in this case.

STIPULATED MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL (2:16-cv-01899-RSM) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

As required by LCR 83.2(b)(1) substituting counsel for the BizIgnition Defendants' hereby certifies that this motion has been served on the BizIgnition Defendants and counsel for Plaintiff.

**STIPULATION**

Pursuant to LCR 83.2(b)(1), Plaintiff Microsoft Corporation and the BizIgnition Defendants hereby stipulate to the withdrawal and substitution of counsel for Defendant.

Dated this 25th day of September, 2017.

| *Withdrawing Counsel*: | *Substituting Counsel:* |
|---|---|
| s/ Anthony Todaro | s/ James W. Anable |
| Anthony Todaro, WSBA No. 30391 | John D. Denkenberger, WSBA No. 25,907 |
| DLA PIPER LLP (US) | James W. Anable, WSBA No. 7,169 |
| 701 Fifth Avenue, Suite 7000 | Brian F. McMahon, WSBA No. 45,739 |
| Seattle, WA 98104-7044 | CHRISTENSEN O'CONNOR |
| Tel: 206.839.4800 | JOHNSON KINDNESS$^{PLLC}$ |
| Fax: 206.839.4801 | 1201 Third Avenue, Suite 3600 |
| E-mail: anthony.todaro@dlapiper.com | Seattle, WA 98101 |
| | Telephone: 206.682.8100 |
| | Fax: 206.224.0779 |
| | E-mail: john.denkenberger@cojk.com, |
| | james.anable@cojk.com, |
| | brian.mcmahon@cojk.com, litdoc@cojk.com |

*Counsel for Plaintiffs:*

s/ James Harlan Corning
Bonnie E. MacNaughton, WSBA #36110
Jaime Drozd Allen, WSBA #35742
James Harlan Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com,
jaimeallen@dwt.com,
jamescorning@dwt.com

STIPULATED MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL (2:16-cv-01899-RSM) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# ORDER

This matter having come before the Court on Stipulated Motion to Withdraw and Substitute Counsel , and the Court being fully advised, IT IS HEREBY ORDERED that Anthony Todaro of the firm DLA Piper LLP (US) is allowed to withdraw as counsel of record for BizIgnition in the above-captioned case, that he is removed from the electronic service list in this case, and that John D. Denkenberger, James W. Anable, and Brian F. McMahon of the firm Christensen O'Connor Johnson Kindness PLLC be substituted as lead counsel for BizIgnition Technologies, Inc., Roger Hardy, and Nicholas Bozikis.

Dated this 26 day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ James W. Anable
John D. Denkenberger, WSBA No. 25,907
James W. Anable, WSBA No. 7,169
Brian F. McMahon, WSBA No. 45,739
Christensen O'Connor Johnson Kindness
1201 Third Avenue, Suite 3600
Seattle, WA 98101
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
james.anable@cojk.com,
brian.mcmahon@cojk.com,
litdoc@cojk.com

Attorneys for Defendants BizIgnition Technologies, Inc., Roger Hardy, and Nicholas Bozikis

STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL (2:16-cv-01899-RSM) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100