UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SOFTWARE KING, an unknown business entity, BIZIGNITION TECHNOLOGIES, INC., a Canadian corporation, ROGER HARDY, an individual, WINSTON CABELL, an individual, and NICHOLAS BOZIKIS, an individual ,<br><br>Defendants. | No. 2:16-cv-01899-RSM<br><br>JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR JOINING ADDITIONAL PARTIES AND DEADLINE FOR AMENDING PLEADINGS |

Plaintiff and Defendants, through their undersigned counsel, hereby request that the Court extend the deadline for joining additional parties and the deadline for amending pleadings.

The Order Setting Trial Date and Related Dates (Dkt. No. 23) was entered on July 6, 2017. Under this schedule, the deadline for joining additional parties is September 29, 2017 and the deadline for amending pleadings is October 31, 2017. The parties hereby respectfully request that these dates be extended as follows:

| | |
|---|---|
| Deadline for joining additional parties | November 17, 2017 |
| Deadline for amending pleadings | December 1, 2017 |

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

The extensions requested here will have no effect on the trial date or any other case deadlines established by the Court.

Dated October 2, 2017.

*Counsel for Plaintiffs:*

s/ James Harlan Corning
Bonnie E. MacNaughton, WSBA #36110
Jaime Drozd Allen, WSBA #35742
James Harlan Corning, WSBA #45177
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com,
jaimeallen@dwt.com,
jamescorning@dwt.com

*Counsel for Defendants BizIgnition Technologies, Inc., Roger Hardy, and Nicholas Bozikis*

s/ James W. Anable
John D. Denkenberger, WSBA No. 25,907
James W. Anable, WSBA No. 7,169
Brian F. McMahon, WSBA No. 45,739
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]
1201 Third Avenue, Suite 3600
Seattle, WA 98101
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
james.anable@cojk.com,
brian.mcmahon@cojk.com, litdoc@cojk.com

*Counsel for Defendant Winston Cabell*

s/ Roger M. Townsend
Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 652-8290
Email: rtownsend@bjtlegal.com

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**ORDER**

This matter having come before the Court on Joint Motion to Extend Deadline for Joining Additional Parties and Deadline for Amending Pleadings, and the Court being fully advised, IT IS HEREBY ORDERED that the deadline for joining additional parties shall be November 17, 2017, and deadline for amending pleadings shall be December 1, 2017. All other deadlines in the Order Setting Trial Date and Related Dates (Dkt. No. 23) shall remain in effect.

Dated this 2 day of October 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


Presented by:

s/ James W. Anable
John D. Denkenberger, WSBA No. 25,907
James W. Anable, WSBA No. 7,169
Brian F. McMahon, WSBA No. 45,739
Christensen O'Connor Johnson Kindness
1201 Third Avenue, Suite 3600
Seattle, WA 98101
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
james.anable@cojk.com,
brian.mcmahon@cojk.com,
litdoc@cojk.com

Attorneys for Defendants BizIgnition
Technologies, Inc., Roger Hardy, and
Nicholas Bozikis

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100