Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SOFTWARE KING, an unknown business entity, BIZIGNITION TECHNOLOGIES, INC., a Canadian corporation, ROGER HARDY, an individual, WINSTON CABELL, an individual, and NICHOLAS BOZIKIS, an individual ,<br><br>Defendants. | No. 2:16-cv-01899-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND RELATED DATES |

Defendants BizIgnition Technologies, Inc., Roger Hardy, and Nicholas Bozikis (collectively, the "BizIgnition Defendants"), Defendant Winston Cabell ("Cabell"), and Plaintiff Microsoft Corporation ("Microsoft") (collectively, the "Parties") jointly and respectfully request that the Court extend the Trial Date and all related dates except the mediation deadline by four months.

The Order Setting Trial Date and Related Dates (Dkt. No. 23) was entered on July 6, 2017. The BizIgnition Defendants moved to substitute counsel on September 25, 2017. Dkt. No. 28. The Court granted that motion on the following day. Dkt. No. 29. The Parties request this extension so replacement counsel can continue its familiarization with the facts and circumstances of the case, including the ongoing discovery efforts by the Parties. Further, the Parties request this extension to facilitate their continuing good faith efforts toward settlement

STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND RELATED DATES (2:16-cv-01899-RSM) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

of this dispute, including continuing efforts to coordinate a mediation date at the end of April or early May 2018. Thus, for the foregoing reasons, the Parties request that the trial date of October 15, 2018, be extended by a period of four months (according to the Court's availability) and all related dates except the mediation deadline be continued accordingly, with the proposed dates as follows:

| Deadlines | Current Scheduled Dates | Proposed New Dates |
|---|---|---|
| **JURY TRIAL DATE** | October 15, 2018 | February 11, 2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 16, 2018 | July 13, 2018 |
| Discovery motions filing deadline | April 18, 2018 | August 17, 2018 |
| Discovery completed by | May 18, 2018 | September 14, 2018 |
| Dispositive motions filing deadline | June 15, 2018 | October 12, 2018 |
| Motions in limine filing deadline | September 17, 2018 | January 17, 2019 |
| Agreed pretrial order due | October 3, 2018 | January 30, 2019 |
| Trial Briefs, proposed voir dire questions, and jury instructions due | October 10, 2018 | February 6, 2019 |

STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND RELATED DATES (2:16-cv-01899-RSM) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

STIPULATED and AGREED TO this 16th day of March, 2018.

| | |
|---|---|
| s/ Brian F. McMahon | s/ Bonnie E. MacNaughton |
| John D. Denkenberger, WSBA No. 25,907<br>James W. Anable, WSBA No. 7,169<br>Brian F. McMahon, WSBA No. 45,739<br>CHRISTENSEN O'CONNOR<br>JOHNSON KINDNESS^PLLC<br>1201 Third Avenue, Suite 3600<br>Seattle, WA  98101-3029<br>Telephone:  206.682.8100<br>Fax:  206.224.0779<br>E-mail: john.denkenberger@cojk.com,<br>james.anable@cojk.com,<br>brian.mcmahon@cojk.com,<br>litdoc@cojk.com<br>*Attorneys for Defendants BizIgnition Technologies, Inc., Roger Hardy, and Nicholas Bozikis* | Bonnie E. MacNaughton, WSBA No. 36110<br>Jaime Drozd Allen, WSBA No. 35742<br>James Harlan Corning, WSBA No. 45177<br>DAVIS WRIGHT TREMAIN LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>Telephone:  206.622.3150<br>Fax:  206.757-7700<br>E-mail: bonniemacnaughton@dwt.com;<br>jaimeallen@dwt.com;<br>jamescorning@dwt.com<br>*Attorneys for Plaintiff Microsoft Corporation* |

s/ Roger M. Townsend

Roger M. Townsend, WSBA No. 25525
Cynthia J. Heidelberg, WSBA No. 44121
BRESKIN JOHNSON & TOWNSEND, PLLC
1000 Second Avenue, Suite 3670
Seattle, WA  98104
Telephone: 206.652-8660
Fax:  206.652-8290
E-mail: rtownsend@bjtlegal.com;
cheidelberg@bjtlegal.com
*Attorneys for Defendant Winston Cabell*

STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND RELATED DATES (2:16-cv-01899-RSM) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# ORDER

Based on the foregoing Stipulated Motion, the Court orders that the Stipulated Motion and Order Requesting an extension of the Trial Date and related dates is granted. The trial date of October 15, 2018, is extended by a period of four months (according to the Court's availability) and all related dates except the mediation deadline are continued accordingly, with the (proposed) dates as follows:

| Deadlines | New Dates |
|---|---|
| **JURY TRIAL DATE** | February 11, 2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 13, 2018 |
| Discovery motions filing deadline | August 17, 2018 |
| Discovery completed by | September 14, 2018 |
| Dispositive motions filing deadline | October 12, 2018 |
| Motions in limine filing deadline | January 17, 2019 |
| Agreed pretrial order due | January 30, 2019 |
| Trial Briefs, proposed voir dire questions, and jury instructions due | February 6, 2019 |

IT IS SO ORDERED

Dated this 20 day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND RELATED DATES (2:16-cv-01899-RSM) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Presented by:

Brian F. McMahon
John D. Denkenberger, WSBA No. 25,907
James W. Anable, WSBA No. 7,169
Brian F. McMahon, WSBA No. 45,739
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
james.anable@cojk.com,
brian.mcmahon@cojk.com, litdoc@cojk.com
*Attorneys for Defendants BizIgnition Technologies, Inc., Roger Hardy, and Nicholas Bozikis*

STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND RELATED DATES (2:16-cv-01899-RSM) - 5

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100