UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SOFTWARE KING, an unknown business entity, BIZIGNITION TECHNOLOGIES, INC., a Canadian corporation, ROGER HARDY, an individual, WINSTON CABELL, an individual, and NICHOLAS BOZIKIS, an individual,<br><br>Defendants. | No. 2:16-cv-01899-RSM<br><br>STIPULATION FOR ENTRY OF PERMANENT INJUNCTION |

Plaintiff Microsoft Corporation and Defendants the Software King, BizIgnition Technologies, Inc., Roger Hardy, Winston Cabell, and Nicholas Bozikis, by and through their respective counsel of record, hereby stipulate and agree to entry of the permanent injunction below.

STIPULATION FOR ENTRY
OF PERMANENT INJUNCTION
(2:16-cv-01899-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 24th day of September, 2018.

        DAVIS WRIGHTTREMAINE LLP
*Attorneys for Plaintiff Microsoft Corp.*

By  */s/ Bonnie E. MacNaughton*
    Bonnie E. MacNaughton, WSBA #36110
    James Harlan Corning, WSBA #45177
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email:  bonniemacnaughton@dwt.com
               jamescorning@dwt.com

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC
*Attorneys for Defendants BizIgnition Technologies, Inc., Nicholas Bozikis, and Roger Hardy*

By  */s/ Brian F. McMahon*
    John D. Denkenberger, WSBA No. 25,907
    James W. Anable, WSBA No. 7,169
    Brian F. McMahon, WSBA No. 45,739
    1201 Third Avenue, Suite 3600
    Seattle, WA 98101
    Telephone: 206.682.8100
    Fax: 206.224.0779
    E-mail: john.denkenberger@cojk.com,
    james.anable@cojk.com,
    brian.mcmahon@cojk.com,
    litdoc@cojk.com

BRESKIN JOHNSON & TOWNSEND PLLC
*Attorneys for Defendant Winston Cabell*

By  */s/ Roger M. Townsend*
    Roger M. Townsend, WSBA #25525
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    Tel: (206) 652-8660
    Fax: (206) 652-8290
    Email:  rtownsend@bjtlegal.com

STIPULATION FOR ENTRY
OF PERMANENT INJUNCTION
(2:16-cv-01899-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# PERMANENT INJUNCTION

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants the Software King, BizIgnition Technologies, Inc., Roger Hardy, Winston Cabell, and Nicholas Bozikis, and their directors, principals, officers, successors and assigns are permanently enjoined and restrained from:

1. Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property, including product activation keys decoupled from their original licensed software;

2. Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights without Microsoft's authorization;

3. Using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, and/or other item not authorized or licensed by Microsoft;

4. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

5. Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, such trademarks, services marks and/or copyrights; and/or

STIPULATION FOR ENTRY
OF PERMANENT INJUNCTION
(2:16-cv-01899-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1 |      6.     Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

7.     In addition, pursuant to stipulation of the parties, Defendants are permanently enjoined and restrained from selling, offering, marketing, advertising, or distributing any and all Microsoft software and related components, including product activation keys, or any other Microsoft product or service without authorization from Microsoft.

DATED THIS 25 day of September 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR ENTRY
OF PERMANENT INJUNCTION
(2:16-cv-01899-RSM) - 4

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax