The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SOFTWARE KING, an unknown business entity, BIZIGNITION TECHNOLOGIES, INC., a Canadian corporation, ROGER HARDY, an individual, WINSTON CABELL, an individual, and NICHOLAS BOZIKIS, an individual,<br><br>    Defendants. | No. 2:16-cv-01899-RSM<br><br>STIPULATION FOR DISMISSAL OF ACTION |

Plaintiff Microsoft Corporation and Defendants the Software King, BizIgnition Technologies, Inc., Roger Hardy, Winston Cabell, and Nicholas Bozikis, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

2. The parties ask the Court to retain jurisdiction over this matter for the limited purposes of enforcing the terms of the parties' settlement agreement and the Permanent Injunction filed herein.

STIPULATION FOR
DISMISSAL OF ACTION
(2:16-cv-01899-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 24th day of September, 2018.

DAVIS WRIGHTTREMAINE LLP
*Attorneys for Plaintiff Microsoft Corp.*

By */s/ Bonnie E. MacNaughton*
Bonnie E. MacNaughton, WSBA #36110
James Harlan Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
jamescorning@dwt.com

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC
*Attorneys for Defendants BizIgnition Technologies, Inc., Nicholas Bozikis, and Roger Hardy*

By */s/ Brian F. McMahon*
John D. Denkenberger, WSBA No. 25,907
James W. Anable, WSBA No. 7,169
Brian F. McMahon, WSBA No. 45,739
1201 Third Avenue, Suite 3600
Seattle, WA 98101
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
james.anable@cojk.com,
brian.mcmahon@cojk.com,
litdoc@cojk.com

BRESKIN JOHNSON & TOWNSEND PLLC
*Attorneys for Defendant Winston Cabell*

By */s/ Roger M. Townsend*
Roger M. Townsend, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
Email: rtownsend@bjtlegal.com

STIPULATION FOR
DISMISSAL OF ACTION
(2:16-cv-01899-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# ORDER

IT IS SO ORDERED.

DATED THIS 25 day of September 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR
DISMISSAL OF ACTION
(2:16-cv-01899-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax